**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. _____ |
| T-MOBILE USA, INC., | § § | **JURY TRIAL REQUESTED** |
| Defendant. | § § | |

**PLAINTIFF CALLERTONE INNOVATIONS, LLC'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Callertone Innovations, LLC states the following:

Callertone Innovations, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 28, 2011

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff
Callertone Innovations, LLC*